JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARIA DE JESUS ARZATE,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK NA, and DOES 1 through 50,<br><br>　　　Defendants, | Case No.: EDCV 13-0781 DOC(OPx)<br><br>JUDGMENT OF DISMISSAL |

　　　　On May 22, 2013, the Court entered an Order (Dkt. 7) Granting Defendant Wells Fargo's Motion to Dismiss.  The Court gave Plaintiff Maria de Jesus Arzate until June 10, 2013, to file a First Amended Complaint.  As of this date, no Amended Complaint has been filed.

-1-

Accordingly, pursuant to the Court's May 22, 2013, order, the Court hereby DISMISSES all claims against Defendants WITH PREJUDICE.

IT IS SO ORDERED.

DATED: June 12, 2013

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE